# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 08-7007 September Term 2007

07cv01368

Filed On: April 3, 2008 [1109096]

Julia A. Harris,

    Appellant

v.

District of Columbia, Office of Attorney
General and Adrian Fenty, Mayor,

    Appellees

### ORDER

By order filed January 31, 2008, directing appellant to file her response to the order to show cause, by March 3, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by May 5, 2008.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/15/08
BY: /s/ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: /s/ Deputy Clerk